**Order entered December 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00857-CR

**CHAD ALLEN BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00082-R**

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN (15) DAYS** from the date of this order.

/s/     ADA BROWN
           JUSTICE